IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ANTHONY KEITH DAVIS                                                                                      PLAINTIFF

v.                                     Case No. 1:23-cv-01108

MURPHY USA, INC.                                                                                        DEFENDANT

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Compel Arbitration and Motion to Stay. ECF No. 4. Plaintiff attached a copy of the Binding Arbitration Agreement to the instant motion. ECF No. 4-1. Plaintiff moves the Court to issue an order compelling arbitration and staying this case pending arbitration. ECF No. 4. Defendant does not oppose the motion. The matter is ripe for the Court's consideration.

"A court must grant a motion to compel arbitration if a valid arbitration clause exists which encompasses the dispute between the parties." *3M Co. v. Amtex Sec., Inc.*, 542 F.3d 1193, 1198 (8th Cir. 2008). Plaintiff has shown that a valid and enforceable arbitration agreement exists between him and Defendant.

Accordingly, the Court finds that Plaintiff's Unopposed Motion to Compel Arbitration and Motion to Stay (ECF No. 4) is hereby **GRANTED**. The parties are directed to submit to arbitration in accordance with the terms of the Binding Arbitration Agreement. This case is hereby **STAYED** and **ADMINSTRATIVELY TERMINATED** pursuant to 9 U.S.C. § 3, without prejudice to the right of the parties to reopen the proceedings to enforce the arbitrator's decision.

**IT IS SO ORDERED**, this 4th day of April, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge